## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF )<br>FACEBOOK ACCOUNTS ASSOCIATED )<br>WITH CHRISTOPHER SULLIVAN, )<br>EMERY HINES, and HEAVEN WERRE ) | **ORDER**<br><br>Case No.  1:16-mj-038 |

---

Before the court is the Government's motion to extend the sealing of above-captioned Search Warrant. The Government avers that public disclosure of documents may compromise an ongoing criminal investigation, that individuals have been threatened if the matter is reported to law enforcement, and that documents in this case contain the names and information related to one or more minor individuals.

Having reviewed the Government's motion, the court concludes that the Government's confidentiality and safety concerns outweigh the public's right to access this information. Accordingly the court **GRANTS** the Government's motion (Docket No. 6).  All materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return, and the Government's motion shall remain sealed until September 27, 2016, at which time this matter shall be unsealed without further of the court.

**IT IS SO ORDERED.**

Dated this 31st day of March, 2016.

*/s/  Charles S.  Miller, Jr.*
Charles S.  Miller, Jr., Magistrate Judge
United States District Court